UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60978-CIV-UNGARO

FREDERICK WEBSTER,
     Plaintiff,

v.

HOWARD FOREMAN *et al.*,
     Defendants.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT**

THIS CAUSE is before the Court upon Defendants' motion to dismiss submitted with appended exhibits. (D.E. 71. 75.) By Court order, Defendants' motion to dismiss was converted to a motion for summary Judgement. (D.E. 40.) Plaintiff filed a response to Defendants' motion. (D.E. 52.) Defendants filed a reply to Plaintiff's response. (D.E. 55.) The matter was referred to Magistrate Judge Patrick A. White who issued a Report recommending that Defendant's motion for summary judgment be granted as to all claims and that the case be closed. (D.E. 59.) The Court has considered Plaintiff's objections but agrees with the analysis on which the Magistrate Judge's Report is based. *See* (D.E. 64, 76) Accordingly, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers, at Miami, Florida this \_15th\_ day of October, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record